[No. 25173-2-I.   Division One.   August 19, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. RASHAD JONES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-8-00926-1, Faith Enyeart, J., entered October 20, 1989. *Reversed* by unpublished opinion per Baker, J., concurred in by Kennedy and Agid, JJ.

[No. 24538-4-I.   Division One.   August 19, 1991.]

GREGORY MARTZ, *Appellant,* v. SCHULER NORTHWEST, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 86-2-01141-2, John W. Riley, J., entered June 26, 1989. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Webster, A.C.J., and Pekelis, J.

[No. 27283-7-I.   Division One.   August 19, 1991.]

SYDNEY S. SMITH, ET AL, *Plaintiffs,* v. DANIEL R. BRECHT, ET AL, *Defendants,* DONALD F. RUBBELKE, ET AL, *Appellants,* DAVID R. STRECKER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 89-2-17582-7, Arthur E. Piehler, J., entered February 8, 1990. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Coleman and Forrest, JJ.

[No. 25977-6-I.   Division One.   August 19, 1991.]

THE STATE OF WASHINGTON, *Appellant,* v. DARLA RHEA OSBORN, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 89-1-05757-0, Jim Bates, J., entered April 10, 1990. *Reversed* by unpublished opinion per Forrest, J., concurred in by Grosse, C.J., and Scholfield, J.